JUDE TAYLOR *vs.* ANTHONY J. O'NEIL *et al.*

A declaration in trespass and ejectment must show the nature and character of the plaintiff's estate.

TRESPASS AND EJECTMENT. On demurrer to the declaration. *December* 10, 1885. PER CURIAM. The court thinks that the declaration should set forth the title of the plaintiff in terms so explicit that a judgment in his favor will determine the char-

acter of his estate, and not simply his right of possession. Stephens on Pleading, *304–308.                    *Demurrer sustained.*

*Thomas W. Robinson,* for plaintiff.

*William H. Clapp,* for defendants.